UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DEBRA E. MCDANIEL**,

    **Plaintiff,**

v.

**CAROLYN W. COLVIN**,
*Acting Commissioner of the Social*
*Security Administration*

    **Defendant.**                                                **No. 12-cv-1000-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 30, 2014, the commissioner's final decision is REVERSED and REMANDED to the commissioner for rehearing and reconsideration of the evidence.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              BY:   **/s/*Caitlin Fischer***
                                                         **Deputy Clerk**

Dated: May 30, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.30
12:10:25 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT